# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

CHRISTINE LINDEMANN,

    Appellant,

v.

    Case No. 17-CV-180-JPS

DOUGLAS F. MANN,

    Appellee.

**ORDER**

On February 7, 2017, Appellant submitted her notice of appeal of the bankruptcy court's order. (Docket #1). On March 8, 2017, the Clerk of the Court issued a briefing letter, initiating the briefing time limits set forth in Federal Rule of Bankruptcy Procedure 8018. (Docket #3). Pursuant to that Rule, Appellant's brief was due on or before April 7, 2017. *See* Fed. R. Bankr. P. 8018(a)(1). That date is now more than a week past and no brief has been filed. If Appellant's brief is not filed by **April 21, 2017**, this action will be dismissed. *Id.* 8018(a)(4)("If an appellant fails to file a brief on time . . . the district court or BAP, after notice, may dismiss the appeal on its own motion.").

Accordingly,

**IT IS ORDERED** that Appellant shall file her brief in this matter on or before **April 21, 2017**.

Dated at Milwaukee, Wisconsin, this 17th day of April, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge