# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

CHRISTINE LINDEMANN,

                Appellant,

v.                              Case No. 17-CV-180-JPS

DOUGLAS F. MANN,

                Appellee.           **ORDER**

        On April 17, 2017, the Court noted that Appellant's opening brief was substantially late. (Docket #5). The Court nevertheless allowed her to submit the brief no later than April 21, 2017. *Id.* That date has passed and the Court has not received Appellant's brief or any other communication from her. The Court will, therefore, dismiss this appeal. Fed. R. Bankr. P. 8018(a)(4); Civil L. R. 41(c).

        Accordingly,

        **IT IS ORDERED** that this action be and the same is hereby **DISMISSED**.

        The Clerk of the Court is directed to enter judgment accordingly.

        Dated at Milwaukee, Wisconsin, this 25th day of April, 2017.

                                    BY THE COURT:

                                    J.P. Stadtmueller
                                    U.S. District Judge